| | |
|---|---|
| 1 | Philip J. McCabe (SBN 201092) |
| | Email: pmccabe@kenyon.com |
| 2 | Megan Whyman Olesek (SBN 191218) |
| | Email: molesek@kenyon.com |
| 3 | KENYON & KENYON LLP |
| | 333 West San Carlos St., Ste 600 |
| 4 | San Jose, CA  95110 |
| | Telephone:  408.975.7500 |
| 5 | Facsimile:    408.975.7501 |
| 6 | Lincoln D. Bandlow (SBN 170449) |
| | LATHROP & GAGE LLP |
| 7 | 1888 Century Park East, Suite 1000 |
| | Los Angeles, CA 90067 |
| 8 | Telephone: 310.789.4600 |
| | Facsimile: 310.789.4601 |
| 9 | Email: lbandlow@lathropgage.com |
| 10 | Attorneys for Defendant |
| | Xyratex Technology, Ltd. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERADYNE, INC. | Case No.  CV-09-6657 DSF (FFMx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| XYRATEX TECHNOLOGY, LTD. | |
| Defendant | |

Please take notice that on December 21, 2009, the parties to the above-referenced action filed a Stipulation Re: Dismissal Without Prejudice after having entered into a settlement agreement.  The parties thank the Court and request that all upcoming hearings and deadlines in this matter be vacated, including the Scheduling Conference set for February 1, 2010, at 11:00 a.m.

Dated:     December 29, 2009      KENYON & KENYON LLP
&
LATHROP & GAGE LLP

By: _____
Lincoln D. Bandlow
Attorneys for Defendant